IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | |
| ANTHONY MICHAEL CONNER, | ) ) | Case No. 2:13CR00011-JPJ |
| Defendant | ) ) | |
| And | ) ) | |
| COREY ELY LOGGING, ITS SUCCESSORS OR ASSIGNS, | ) ) ) | |
| Garnishee | ) ) | |

## INSTRUCTIONS TO THE DEFENDANT

TO:   Anthony Michael Conner
      Big Stone Gap, VA  24219

YOU ARE HEREBY NOTIFIED that a Writ of Continuing Garnishment was issued based upon a judgment entered against you on December 18, 2008, that the Writ was served on Corey Ely Logging, Garnishee, and it is believed that the Garnishee may have, presently or in the future, property or funds of yours in its custody, possession or control.

YOU ARE FURTHER NOTIFIED that, unless within twenty (20) days from the date of receipt of the Answer of the Garnishee, you file a written objection to explain why you think this property or these funds are exempt from execution under state or Federal law and request a

hearing, a Court Order will be entered directing disposition of the property or funds and the property or funds will be applied against the judgment owed the United States of America.

Any objection that you file to contest the garnishment must be filed in the office of the Clerk of the United States District Court at:

> Julia C. Dudley, Clerk
> United States District Court
> 210 Franklin Road, SW, Suite 540
> Roanoke, Virginia 24011

The objection must state your reasons for believing that this property or these funds are not subject to garnishment by the United States of America. A copy of the objection or other pleadings must also be served on:

> Kartic Padmanabhan
> Assistant United States Attorney
> Western District of Virginia
> Post Office Box 1709
> Roanoke, Virginia 24008-1709

and

> Corey Ely Logging
> 8482 US Highway 421
> Pennington Gap, VA  24277